UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: NING WANG                                            CASE NO. 3:10-MC-00033-J-32JBT

_____/

### ORDER

**THIS CAUSE** is before the Court on the Motion to Grant Nunc Pro Tunc Petition for Name Change (Doc. 1) ("Motion"), filed on December 20, 2010. In the Motion, the government requests that the Court grant, *nunc pro tunc*, a petition for a name change by Ning Wang. (*Id.*) After due consideration of the representations set forth in the Motion, it is **ORDERED**:

1. The Motion to Grant Nunc Pro Tunc Petition for Name Change (**Doc. 1**) is **GRANTED**.

2. The petition by Ning Wang to change her name to Nina Ning Wang is **GRANTED** and is effective as of March 28, 2002.

3. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on December 22, 2010.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Counsel of Record